Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C
28544 Old Town Front St., Suite 201
Temecula, CA 92590
T: (866) 329-9217 ext. 1009
Fax: (657) 246-1312
E: JeremyB@jlohman.com
Attorneys for Plaintiff, EDNA ELGINCOLIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDNA ELGINCOLIN, | Case No. 5:19-cv-01666-JGB-SHK |
| Plaintiff, | |
| – vs – | NOTICE OF SETTLEMENT |
| KOHL'S DEPARTMENT STORES, INC. | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Edna Elgincolin ("Plaintiff") and Defendant Kohl's Department Stores, Inc. ("Defendant") have reached settlement in the above-captioned matter. Plaintiff intends to file a Notice of Settlement once the settlement documents have been finalized. Therefore, Plaintiff respectfully requests twenty-one (21) days in order to finalize settlement and dismiss the action.

Dated:  August 20, 2020

RESPECTFULLY SUBMITTED,

By: */s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar #303240)
Attorney for Plaintiff, EDNA ELGINCOLIN

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

Tahir L. Boykins (State Bar No. 323441)
KELLEY DRYE & WARREN LLP
10100 Santa Monica Boulevard Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
tboykins@kelleydrye.com

*Attorneys for Defendant*

By: */s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar #303240)
Attorney for Plaintiff, EDNA ELGINCOLIN